

Jackson Lewis P.C.
666 Third Avenue
New York, New York 10017
Tel 212 545-4000
Fax 212 972-3213
www.jacksonlewis.com

Attorneys at Law

| | | | |
|---|---|---|---|
| ALBANY, NY | GRAND RAPIDS, MI | NAPA, CA | RALEIGH-DURHAM, NC |
| ALBUQUERQUE, NM | GREENVILLE, SC | NEW ORLEANS, LA | RAPID CITY, SD |
| ATLANTA, GA | HARTFORD, CT | NEW YORK, NY | RICHMOND, VA |
| AUSTIN, TX | HOUSTON, TX | NORFOLK, VA | SACRAMENTO, CA |
| BALTIMORE, MD | INDIANAPOLIS, IN | OMAHA, NE | SAINT LOUIS, MO |
| BIRMINGHAM, AL | JACKSONVILLE, FL | ORANGE COUNTY, CA | SAN DIEGO, CA |
| BOSTON, MA | LAS VEGAS, NV | ORLANDO, FL | SAN FRANCISCO, CA |
| CHICAGO, IL | LONG ISLAND, NY | PHILADELPHIA, PA | SAN JUAN, PR |
| CINCINNATI, OH | LOS ANGELES, CA | PHOENIX, AZ | SEATTLE, WA |
| CLEVELAND, OH | MEMPHIS, TN | PITTSBURGH, PA | STAMFORD, CT |
| DALLAS, TX | MIAMI, FL | PORTLAND, OR | TAMPA, FL |
| DAYTON, OH | MILWAUKEE, WI | PORTSMOUTH, NH | WASHINGTON, DC REGION |
| DENVER, CO | MINNEAPOLIS, MN | PROVIDENCE, RI | WHITE PLAINS, NY |
| DETROIT, MI | MORRISTOWN, NJ | | |

Related Litigation

MY DIRECT DIAL IS: 212-545-4021
MY EMAIL ADDRESS IS: ZoldessJ@JACKSONLEWIS.COM

August 15, 2014

**MEMO ENDORSED**

VIA ECF

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/19/2014

Honorable Valerie Caproni, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square, Room 240
New York, NY 10007

        Re:    **Juhani v. Crown Group Hospitality LLC et al.**
                **Civil Action No. 13-3653 (VEC)**

Dear Judge Caproni:

      We represent the Defendants in connection with the above-referenced case, and write with the consent of counsel for Plaintiffs. We write to respectfully request a brief extension of time from August 15, 2014 to August 19, 2014 for Plaintiffs to move for preliminary approval of the parties' class action settlement. The parties have finalized the terms of the settlement agreement, which has been executed by all Plaintiffs and all of the individual Defendants. Moreover, Plaintiffs' counsel has prepared the motion for preliminary approval, which has been reviewed and approved by Defendants. However, the settlement agreement is yet to be executed by the corporate Defendants and the signatories for such Defendants are unavailable to sign the settlement agreement until early next week. Accordingly, we respectfully request this extension so that the fully-executed settlement agreement can be appended to the motion for preliminary approval. This is the second request for an extension of this deadline.

      Thank you for your consideration in this regard.

                                    Respectfully submitted,

                                    JACKSON LEWIS P.C.

                                    Jason A. Zoldessy

cc:    All Counsel

Plaintiffs moved for preliminary approval of the parties' class action settlement on August 18, 2014. Counsel's request for an extension to so move is therefore moot. The Clerk of Court is directed to close the open motion at ECF No. 53.

SO ORDERED.

*/s/ Valerie Caproni*

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

Date: 8/19/2014